UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| JOHN WILLIAM CAMPBELL, | : | |
| | : | |
| Plaintiff, | : | Case No. 3:25-cv-347 |
| | : | |
| v. | : | Judge Thomas M. Rose |
| | : | |
| DAYTON OHIO POLICE DEPARTMENT. | : | Magistrate Judge Caroline H. Gentry |
| *et al.*, | : | |
| | : | |
| Defendants. | : | |

**ENTRY AND ORDER ADOPTING REPORT AND RECOMMENDATION
(DOC. NO. 6) AND DISMISSING PLAINTIFF'S COMPLAINT (DOC. NO. 4)
WITH PREJUDICE UNDER 28 U.S.C. § 1915(e)(2)(B)**

Currently before the Court is the Report and Recommendation (the "Report") (Doc. No. 6) issued by Magistrate Judge Caroline H. Gentry. In her Report, Magistrate Judge Gentry recommends that the Court dismiss Plaintiff John Cambell's ("Plaintiff") Complaint (Doc. No. 4) pursuant to 28 U.S.C. § 1915(e)(2)(B) for failure to state a claim on which relief may be granted. (Doc. No. 6 at PageID 43–45.) Magistrate Judge Gentry further recommends that, because reasonable jurists would not disagree with this conclusion, Plaintiff be denied a certificate of appealability and not be permitted to proceed *in forma pauperis*. (*Id.* at PageID 45 (citing 28 U.S.C. 1915(a)(3)).)

As required by 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72(b), the Court has made a *de novo* review of the record in this case. Upon said review, the Court **ADOPTS** the Report and Recommendation (Doc. No. 6), without objection. Wherefore, the Court **DISMISSES** Plaintiff's Complaint (Doc. No. 4) pursuant to 28 U.S.C. § 1915(e)(2)(B) **WITH PREJUDICE**. Because reasonable jurists would not disagree with this conclusion, Plaintiff is **DENIED** a

certificate of appealability, and the Court **CERTIFIES** to the Sixth Circuit that any appeal would be objectively frivolous, and therefore, Plaintiff should not be permitted to proceed *in forma pauperis*.  The Clerk is hereby directed to **TERMINATE** this action on the Court's docket.

**DONE** and **ORDERED** in Dayton, Ohio, this Monday, January 26, 2026.

s/Thomas M. Rose
_____
THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE
